**FILED**
January 28, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. PE-21-CR-00055 |
| | § | |
| Plaintiff, | § | **I N F O R M A T I O N** |
| | § | |
| v. | § | CT 1: 18 U.S.C. § 1001(a)(2)- False Statement |
| | § | or Representation. |
| DEVON PORTILLO, | § | |
| | § | |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(18 U.S.C. § 1001(a)(2))

Beginning on or about June 17, 2020, and continuing until on or about June 22, 2020, in the Western District of Texas, Defendant,

**DEVON PORTILLO,**

in a matter within the jurisdiction of the United State Department of Justice, Federal Bureau of Investigation, a part of the Executive Branch of the Government, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in that Defendant falsely stated to Special Agents with the Federal Bureau of Investigation that he had not created a fake text message that was under investigation and that another individual was responsible for the fake message when in truth and in fact, Defendant knew that he had created the fake text message, in violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

GREGG N. SOFER
UNITED STATES ATTORNEY

By: *Mallory J Rasmussen*
MALLORY J. RASMUSSEN
Assistant U.S. Attorney
Illinois Bar #6306034
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884