**FILED**

March 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Yvette Lujan_____
                                    DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. PE-21-CR- 055 |
| DEVON PORTILLO, | § § | |
| Defendant. | § § § | |

## WAIVER

I understand that I have been accused of one or more offenses punishable by imprisonment

for more than one year.  I was advised in open court of my rights and the nature of the proposed

charges against me.

After receiving this advice, I waived my right to prosecution by indictment and consent to

prosecution by information.

_01- 27 - 21_
Date

_____
Devon Portillo
Defendant

_____
Stephen Walter Spurgin
Attorney for Defendant

_____
**David B. Fannin**
**United States Magistrate Judge**